FILED

05/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0113

IN THE MATTER OF

S.R.F.,

A Youth in Need of Care.

## ORDER RE DISMISSAL OF FATHER'S APPEAL

Upon consideration of the Appellant's Motion to Voluntarily Dismiss Father's Appeal, and good cause appearing, the Appellant's Motion is GRANTED.

IT IS HEREBY ORDERED, that Father's Appeal is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 14 2021